I Hereby Speak on Behalf of Myself, Santana
Clark #C30322 I am Requesting Legal Counsel For
the Negligence Ive Been Recieving Violating Multiple
Amendments. I have Concrete Evidence that shows
and Explains FDoc (Suwanne Correctional Institute)
have Been experimenting on Inmates. My Grievance have
Not Been Returned so I would not Know if they are
Approved or Denied I tried reaching Tallahassee But to
No Avail its Been over 60 Days No response From
administrative or Tallahassee. Im Afraid for My well
Being as well as my Family's Cause of What I Know
they are doing. I am very aware and competent,
The adminstrative is trying to Make me go to A
Pyscological Ward so the courts can feel my word
is of Being in Mental State. I have no Mental Issues
I am very competent and aware of everything Doc
is Doing As time goes By Evidence is Being Discared
Im afraid officer will take all Evidence if courts
Wait to long to appoint a lawyer. This what FDoc (Suwanne
Corrections) is Doing and Experimenting on Inmates with
Can be a threat to the government, The united states
Goverment and the Politicians themselves. please I
Do not want nothing to happen to me Nor my Family
The information I know is too Valuable For this to
be overlooked. Please look into this Your Honor
Can be the Biggest case to grace the Courtroom
if taking Serious.

FILED 2023 MAR -3 AM 10: 45 CLERK US DISTRICT COURT MIDDLE DISTRICT OF FL JACKSONVILLE FLORIDA